PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
### Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Dominic DeWayne Dickson</u>         Case Number: <u>1:15-CR-00331(02)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence: <u>October 13, 2016</u>

Original Offense: <u>Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)</u>

Original Sentence: <u>Sixty (60) months custody in the Bureau of Prisons followed by three (3) years of supervised release, with the following special conditions: substance abuse and mental health treatment, workforce development, shall have no contact with any gangs, shall abstain from any alcohol or intoxicants, search and seizure and special assessment $100 paid in full</u>

Type of Supervision: <u>Supervised Release</u>         Date Supervision Commenced: <u>April 29, 2020</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>         Defense Attorney: <u>Laurie York (Appointed)</u>

---

## PREVIOUS COURT ACTION

None

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance."

**Nature of Non-compliance:** On July 27, 2021, the defendant submitted to a random urine sample that tested positive for marijuana.

**U.S. Probation Officer Action:** On October 26, 2021, Mr. Dickson admitted to using cannabidiol on or about July 27, 2021. Dickson was admonished for his actions and advised that his behavior was unacceptable. Dickson explained that he did not think it was illegal or that it would test positive for marijuana. Since this action the defendant has submitted to several urine tests and currently has a sweat patch to detect any substance abuse. He apologized for his actions and advised he will never use any illegal drugs again. It is respectfully recommended that no action be taken at this time to allow the defendant to submit to weekly random urinalysis, the Court will be notified of any further violations.

Dewayne Dickson, Dominic
Report on Offender Under Supervision
Page 2

Approved:                                                Respectfully submitted,

_____                          _____
Craig A. Handy                                           Lauro Garza
Supervising U. S. Probation Officer                      United States Probation Officer
Date: October 26, 2021                                   Date: October 26, 2021

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: October 26, 2021